UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**Luis Angel Rivera and**  
**Zulma Iris Rivera,**

Case No. : 6:15-bk-00777-ABB

**Debtors.**
_____/

## CHAPTER 13 PLAN

      **COMES NOW**, the Debtors, Luis Angel Rivera and Zulma Iris Rivera, by and through their undersigned Counsel, and hereby files this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Trustee, and the Debtors shall pay the following sums to the Chapter 13 Trustee:

### PLAN PAYMENTS

<u>Payment Number by Months</u>  
1-60 (February 2015 - January 2020)

<u>Amount of Monthly Plan Payment</u>  
$ 1,300.00

The Debtors shall pay by **Money Order, Cashier's Check, wage deduction or TFSBillPay.com**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, PO Box 1103, Memphis, TN 38101-1103. The Debtors' name and case number (6:15-bk-00777-ABB) must be clearly indicated thereon and received by the due date for payments established by Court Order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

### Attorney Monitoring Fees:

| NAME OF ATTORNEY | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| Anne-Marie L. Bowen | $2,750.00 | $50.00 | 6-60 |

### Priority Claims:
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| NAME OF CREDITOR | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| NONE | | | |

**\*\*Secured Claims:**
\*\*Ocwen Loan Servicing LLC (Mortgage on Homestead located at 1068 Landview CT, Orlando, Florida 32828) will be paid outside of the plan via automatic bank draft.
\*\*Fairwinds Credit Union (2007 Jeep Grand Cherokee ) will be paid outside of the plan via automatic bank draft.

**Secured Arrearages:** NONE

**Secured Gap Payment:** NONE

**Property to Be Surrendered:** House at 2165 Black Mangrove Dr., Orlando, FL 32828 is surrendered to HSBC Bank USA, N.A., as Trustee (Wells Fargo Bank) and Avalon Park Property Owner's Association Inc.

**Valuation of Security:** NONE

**Lien Strip:** NONE

**Executory Contracts:** NONE

**Unsecured Creditors** whose claims are allowed shall receive a *pro rata* share of the balance of the funds remaining after payments to the Priority and Secured creditors are made. Approximate percentage: 27 %.

Dated: 2-3-2015.

_____
Luis Angel Rivera

_____
Zulma Iris Rivera

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by Electronic Notice or First-Class U.S. Mail, postage pre-paid, to the persons listed on the attached Mailing Matrix on this 3rd day of February, 2015.

_____
Anne-Marie L. Bowen, Esq.
Anne-Marie L. Bowen, P.A.
Florida Bar No.: 708161
816 N. Thornton Ave.
Orlando, FL 32803
(407) 228-1300
courtdocs@bowenbankruptcylaw.com
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-00777-ABB<br>Middle District of Florida<br>Orlando<br>Tue Feb  3 11:01:10 EST 2015 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Americas Servicing Co./ASC<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Avalon Park Property Owner's<br>Association, Inc.<br>3680 Avalon Park East Blvd<br>Suite 120<br>Orlando, FL 32828-9373 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One/RainSoft<br>Capital One Retail Services<br>PO Box 30257<br>Salt Lake City, UT 84130-0257 | Chase<br>CardMember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase/Bank One<br>Card Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 | ComenityBank/Ann Taylor LOFT<br>Attn: Bankruptcy Department<br>PO Box 18215<br>Columbus, OH 43218-2125 |
| ComenityBank/DressBarn<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Credit First, N.A./Firestone<br>PO Box 81315<br>Cleveland, OH 44181-0315 | DELL Financial Srvcs<br>PO Box 81577<br>Austin, TX 78708-1577 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)FAIRWINDS CREDIT UNION<br>3075 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3259 | First Bank of Puerto Rico<br>1519 Ponce de Leon Ave.<br>San Juan, PR 00908 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | HSBCBankUSA,NA as Trustee<br>c/o Shapiro, Fishman, et al.<br>4630 Woodland Corp. Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Jason A. Martell, Esq.<br>Martell & Ozlm, P.A.<br>37 N Orange Ave, Ste 500<br>Orlando, FL 32801-2459 | Jose Ramon Maldonado<br>11938 Great commission Way<br>Orlando, FL 32832-7053 | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 |
| Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Mubleria Berrios<br>PO Box 674<br>Cidra, PR 00739-0674 | NEX/The Exchange<br>PO Box 650410<br>Dallas, TX 75265-0410 |
| Ocwen Loan Servicing, LLC<br>PO Box 24781<br>West Palm Beach, FL 33416-4781 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | (c)PENTAGON FCU<br>PO BOX 320101<br>ALEXANDRIA VA  22320-4101 |

| | | |
|---|---|---|
| Prime Acceptance Corp.<br>PAC Corp.<br>PO Box 6462<br>Chicago, IL 60680-6462 | Sears/CBNA<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Shell/CitiBank<br>PO Box 6406<br>Sioux Falls, SD 57117-6406 |
| Synchrony Bank/<br>Ashley Homestores<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/<br>Wal-Mart<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 |
| Synchrony Bank/CCare1<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Car Care One<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/CareCredit<br>ATTN: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ToysR-US<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | USAA Saving Bank<br>PO Box 65020<br>San Antonio, TX 78265-5020 |
| Waterford Lakes Community<br>Homeowner's Association<br>PO Box 30061<br>Tampa, FL 33630-3061 | Waterford Lakes Community<br>Homeowner's Association<br>Track N23A<br>PO Box 105302<br>Atlanta, GA 30348-5302 | Anne-Marie L Bowen<br>Anne-Marie L Bowen PA<br>816 N. Thornton Avenue<br>Orlando, FL 32803-4003 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Luis Angel Rivera<br>1068 Landview CT<br>Orlando, FL 32828-8381 | Zulma Iris Rivera<br>1068 Landview CT<br>Orlando, FL 32828-8381 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982236<br>El Paso, TX 79998 | Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | Fairwinds Credit Union<br>3087 N. Alafaya Trail<br>Orlando, FL 32826 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Pentagon FCU<br>PO Box 19046<br>Alexandria, VA 22320 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |